```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


LUIS R. ORTIZ,                    :
        Plaintiff
                                  :

        vs.                       :    CIVIL NO. 1:CV-07-0208

DEPARTMENT OF CORRECTIONS,        :
NURSE NANCY,
MEDICAL DEPARTMENT,               :
SGT. CEASE,
CO BENFIELD,                      :
        Defendants
```

## O R D E R

AND NOW, this 22nd day of March, 2007, upon consideration of the Report and Recommendation of the Magistrate Judge (doc. 8), filed February 23, 2007, to which no objections were filed, it is ordered that:

    1. The Report of the Magistrate Judge is adopted;

    2. The Department of Corrections and the Medical Department are dismissed;

    3. The case is remanded to the Magistrate Judge for further proceedings.

                                       /s/William W. Caldwell
                                       William W. Caldwell
                                       United States District Judge