```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
```

LUIS R. ORTIZ,                    :
      Plaintiff
             :

   vs.                         :     CIVIL NO. 1:CV-07-0208

             :
NURSE NANCY,
SGT. CEASE,                       :
CO BENFIELD,
      Defendants              :


## O R D E R

AND NOW, this 20th day of February, 2009, based upon the report and recommendation of the magistrate judge (doc. 54) of December 11, 2008, it is ordered that:

  1. This action is hereby dismissed under Fed. R. Civ. P. 41(b).

  2. The Clerk of Court shall close this file.


             /s/William W. Caldwell
             William W. Caldwell
             United States District Judge